[No. 63548-4-I. Division One. October 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DERRICK RUFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-14534-1, Jay V. White, J., entered May 26, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Spearman, JJ.

[No. 63673-1-I. Division One. October 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS E. WRENN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03362-3, Jim Rogers, J., entered June 15, 2009. *Affirmed* by unpublished per curiam opinion.

[No. 64017-8-I. Division One. October 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. FEISAL MOHAMED OMAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02243-3, Richard McDermott, J., entered July 24, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.

[No. 64096-8-I. Division One. October 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01787-1, Richard D. Eadie, J., entered August 10, 2009. *Dismissed* by unpublished per curiam opinion.